ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Creditor Milestone Financial, LLC dba MERS FUND I

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Vikram Srinivasan,<br><br><br><br><br><br><br>Debtor. | Case No. 25-40628 WJL<br><br>Chapter 13<br><br>RFS No. EAN-001<br><br>**DECLARATION OF WILLIAM STUART IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: May 21, 2025<br>Time: 9:30 a.m.<br>Ctrm: 220<br>     U.S. Bankruptcy Court<br>     1300 Clay Street<br>     Oakland, CA 94612 |

I, William Stuart, declare as follows:

1.     I am the Managing Member of Milestone Financial, LLC dba MERS FUND I.

2.     I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3.     On April 11, 2025, Debtor Vikram Srinivasan, commenced this case in the United

Declaration of William Stuart        -1-

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.

1970 Broadway, Suite 600 Oakland, California 94612

1    States Bankruptcy Court for the Northern District of California by filing *pro se* a skeleton[1] voluntary

2    petition under chapter 13.

3         4.    Also on April 11, 2025, a related case, Case No. 25-40627-WJL, was commenced

4    by BEENA SRINIVASAN, ("Case 25-40627"). Case 25-40627 assigned a case number which is

5    one digit lower than this case of Vikram Srinivasan. Case No. 25-40627 by Beena Srinivasan was

6    also filed as a skeleton petition under chapter 13 and Beena Srinivasan is also appearing *pro* se in

7    Case 25-40627.

8         5.    Case #25-40627 of Beena Srinivasan is related to this case of Vikram Srinivasan due

9    to the fact that (a) both debtors identify their residence in their respective voluntary petitions as the

10   same real property, to wit, 45752 Bridgeport Drive, Fremont, California 94539 (the "Real

11   Property"), which real property is owned by Creditor Milestone; (b) Milestone has sued both

12   Debtors as co-defendants along with other occupants of the Real Property for unlawful detainer in

13   Alameda County Superior Court which action is currently pending as Milestone Financial, LLC dba

14   MERS Fund I v. Ramani V. Srinivasan, Benna K. Srinivasan, Vikram Srinivasan, Partheshi

15   Brahmbhatt, Christopher Shum et al., Case No. 24CV089292 (the "Unlawful Detainer Action");

16   and, (c) the debtors are related due to the fact that Beena Srinivasan is the mother of Debtor Vikram

17   Srinivasan.

18        6.    On April 25, 2025, the Debtor herein and Debtor Beena Srinivasan each filed a

19   Debtor's Ex Parte Motion For Order Extending Time to File Schedules, Statements of Financial

20   Affairs, Plan of Reorganization, and Related Materials (the "Extension Motion") in their respective

21   cases. Said Extension Motions were presented ex parte to the Court and are docketed in both

22   bankruptcy cases as Docket #15. The Court has not yet ruled on the Extension Motions as of the

23   date of this Motion.

24        7.    On April 29, 2025, this Court entered the Order Granting Ex Parte Application To

25   Transfer Related Case (docket #17) and transferred Case #25-40628 of Vikram Srinivasan to the

26   Honorable William J. Lafferty.

27   _____

28   [1] The skeleton petition was filed without bankruptcy schedules, without a statement of financial affairs, without a list of creditors and without a proposed chapter 13 plan among other requirements.

Declaration of William Stuart                    -2-

KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600   Oakland, California 94612

1        A.    The Prior Bankruptcy Cases

2        8.    The Debtor previously filed the following bankruptcy cases with the United States

3 Bankruptcy Court for the Northern District of California, which were each dismissed for the reasons

4 stated below:

| Vikram Srinivasan | | | | |
|---|---|---|---|---|
| Case # | Chapter | Date Filed | Date Dismissed | Reason Dismissed |
| 19-42729 | 11 | 12/2/19 | 1/8/20 | Failure to file documents |
| 20-51735 | 11 | 11/10/20 | 8/5/21 | Failure to appear at 341 meeting after conversion to chapter 7 |
| 21-51065 | 11 | 8/12/21 | 10/19/21 | Dismissed for abuse with 180 day bar on refiling |

9.    The co-obligor Ramani Srinivasan previously filed the following bankruptcy cases with the United States Bankruptcy Court for the Northern District of California, which were each dismissed for the reasons stated below:

| Ramani Srinivasan | | | | |
|---|---|---|---|---|
| Case # | Chapter | Date Filed | Date Dismissed | Reason Dismissed |
| 19-42817 | 11 | 12/16/19 | 4/1/20 | Failure to file information |
| 20-40541 | 13 | 3/9/20 | 5/15/20 | Failure to file information |
| 21-41339 | 13 | 11/2/21 | 12/27/21 | Failure to file information |
| 22-40006 | 13 | 1/25/22 | 2/15/22 | Dismissed for abuse with 12 month bar on refiling |

10.    The related debtor, Beena Srinivasan in Case #25-40627 has filed the following previous bankruptcy cases, which have been dismissed for the reasons stated below:

| Beena Srinivasan | | | | |
|---|---|---|---|---|
| Case # | Chapter | Date Filed | Date Dismissed | Reason Dismissed |
| 19-42179 | 13 | 9/25/19 | 12/17/19 | Failure to file information |
| 19-42577 | 13 | 11/14/19 | 1/7/20 | Failure to file information |
| 21-40903 | 13 | 7/6/21 | 8/30/21 | Failure to file information |
| 21-41128 | 13 | 9/7/21 | 11/16/21 | Failure to pay fee |

KORNFIELD
NYBERG, BENDES,
KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600   Oakland, California 94612

B.  The Deed of Trust and Foreclosure Sale

11.  In December 2018, MERS Fund I financed a second mortgage in the amount of $1,060,000 secured by a deed of trust duly recorded in Alameda County against the real property known as 45752 Bridgeport Drive, Fremont, California 94539 (the "Real Property").  The borrowers under that second mortgage were Debtor Beena Srinivasan and her husband, Ramani Srinivasan, with all documents having been executed by Debtor Vikram Srinivasan as the alleged attorney in fact for Beena Srinivasan and Ramani Srinivasan.  No payments were ever made to MERS Fund I under its promissory note and deed of trust.  The Real Property was subject to an existing first deed of trust.

12.  A Notice of Default and Election to Sell Under Deed of Trust was recorded in Alameda County.  After the termination of the various bankruptcy cases herein, the trustee's foreclosure sale of the Real Property was completed at public auction held on June 3, 2020 as reflected in the Trustee's Deed Upon Sale which was recorded on June 5, 2020.  MERS Fund I was the foreclosing beneficiary and the sole bidder at the trustee's sale in the amount of $1,199,000.00 as a credit bid.  A copy of the recorded Trustee's Deed Upon Sale is attached hereto as **Exhibit A**.

13.  As noted, the Real Property was subject to an existing first deed of trust.  Following the foreclosure sale, the loan secured by the first deed of trust matured by its terms and Movant was required to refinance and repay that senior lien in order to protect Movant's interest in the Real Property.

14.  Movant attempted to evict the Debtor Beena Srinivasan, her husband and Debtor Vikram Srinivasan from the Real Property following the foreclosure, but ran afoul of the eviction moratorium previously imposed by Alameda County.  Movant's unlawful detainer action was dismissed and a second attempted unlawful detainer action similarly failed.

15.  On August 14, 2024, Movant caused a three-day notice to quit to be served upon the occupants of the Real Property, including Debtor Beena Srinivasan, Debtor Vikram Srinivasan, Ramani Srinivasan and others.  A true and correct copy of the three day notice to quit is attached hereto as **Exhibit B**.

Declaration of William Stuart                   -4-

16.     Following the expiration of that three-day notice, on August 28, 2024, Movant sued both Debtors as co-defendants along with other occupants of the Real Property for unlawful detainer in Alameda County Superior Court which action is currently pending as <u>Milestone Financial, LLC dba MERS Fund I v. Ramani V. Srinivasan, Benna K. Srinivasan, Vikram Srinivasan, Partheshi Brahmbhatt, Christopher Shum et al.</u>, Case No. 24CV089292 (the "Unlawful Detainer Action"). A true and correct copy of the Complaint for Unlawful Detainer (with exhibits omitted to avoid unnecessary repetition) is attached as **Exhibit C**.

17.     The Debtor, Beena Srinivasan and the other occupants filed motions to quash the service of summons in the Unlawful Detainer Action, all of which were denied following a hearing. A true and correct copy of the Notice of Entry of Order Denying Motion to Quash Service is attached as **Exhibit D**.

18.     The Unlawful Detainer Action was about to be scheduled for trial when this bankruptcy case and the related case of Vikram Srinivasan were filed thereby invoking the automatic stay.  Movant may not proceed with the trial or any other proceedings in the Unlawful Detainer Action without relief from stay by the Bankruptcy Court in this case and in the related case of Beena Srinivasan.

19.     As set forth in the Unlawful Detainer Complaint, the reasonable rental value of the Real Property is $215.00 dollars per day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed the 6th day of May, 2025 at Los Altos, California.

_____
William Stuart

# EXHIBIT A

*Recording Requested by: MLS.*

WHEN RECORDED MAIL TO

MERS FUND I
c/o Milestone Financial, LLC
4970 El Camino Real, Suite 230
Los Altos, CA 94022

    MAIL TAX STATEMENTS TO

Same as above

2020129862    06/05/2020 11:15 AM   2 PGS

OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $102.00



**ELECTRONICALLY RECORDED**

<span style="font-size:smaller">Space above this line for recorder's use only</span>

Trustee Sale No. 130758-5    Loan No. 11750002155400    Title Order No. 95312449

## TRUSTEE'S DEED UPON SALE

APN 519-1683-048-00    T.R.A. No.
The undersigned grantor declares:
1)    The Grantee herein <u>was</u> the foreclosing beneficiary.
2)    The amount of the unpaid debt together with costs was..................$1,401,120.89
3)    The amount paid by the grantee at the trustee sale was..................$1,199,000.00
4)    The documentary transfer tax is.....................................................$0.00
5)    Said property is in City of Fremont

and **MORTGAGE LENDER SERVICES, INC.** (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to **MERS FUND I** (herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Alameda, State of California, described as follows: LOT 79, TRACT 3901, IN THE CITY OF FREMONT, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, FILED MARCH 19, 1981, MAP BOOK 126, PAGE 51, ALAMEDA COUNTY RECORDS.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 12/06/2018 and executed by RAMANI V. SRINIVASAN AND BENNA K. SRINIVASAN, as Trustor, and recorded on 12/11/2018 as Document No. 2018234430 of official records of Alameda County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices of the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

<span style="text-align:center;display:block">I</span>

Trustee Sale No. 130758-5
Loan No. 11750002155400
Title Order No. 95312449
APN 519-1683-048-00

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 06/03/2020. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $1,199,000.00 in lawful money of the United States, or by credit bid of the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

Date: June 3, 2020

MORTGAGE LENDER SERVICES, INC.

_Marsha Townsend_

Marsha Townsend, Chief Financial Officer

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Sacramento

On _6-3-2020_ before me, _Tara S. Campbell_, Notary Public, personally appeared _Marsha Townsend_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Tara S Campbell_

TARA S. CAMPBELL
COMM. # 2154718
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
My Comm. Exp. June 21, 2020

2

# EXHIBIT B

## LAW OFFICE OF TODD B. ROTHBARD

100 Saratoga Avenue, Suite 200
Santa Clara California 95051

**TODD B. ROTHBARD**
**STEVE NAUMCHIK**
**RYAN MAYBERRY**
**BRIAN SKARBEK**
**CHRISTINA DABIS**
**CHRISTOPHER COOPER**

Phone: (408) 244-4200
Fax: (408) 244-4267

<u>THREE DAY NOTICE TO QUIT</u>
(C.C.P. Section 1161a)

TO: RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM, and all others in possession:

**WITHIN THREE DAYS** after service upon you of this Notice, you are required to quit and deliver up possession of the hereinafter described premises to the below named owner(s) of said premises.

**SAID PREMISES** are described as follows:

<u>45752 Bridgeport Drive</u>

<u>Fremont, California 94539</u>

**THE PREMISES** which you are occupying have been foreclosed upon and title has been transferred to and duly perfected by the below named owner(s) and you are therefore required, pursuant to the provisions of California Code of Civil Procedure Section 1161a, to vacate said premises.

**YOUR FAILURE** to comply with this NOTICE will result in the immediate institution of legal proceedings against you to recover possession of said premises, damages for unlawful detainer, and court costs. Should you fail to comply with this NOTICE, an unlawful detainer action will be commenced against you pursuant to the provisions of California Code of Civil Procedure Section 1161a, and the above relief will be sought.

Dated: August 15, 2024

By: *Ryan Mayberry*
RYAN MAYBERRY
LAW OFFICES OF TODD ROTHBARD
Attorney for Owner, MILESTONE FINANCIAL, LLC dba MERS FUND I

Attachment 1: Trustees Deed/ Deed of Sale

## LAW OFFICE OF TODD B. ROTHBARD

Notice to Any Renters Living At the above-described address

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it. You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help
If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

# DECLARATION OF SERVICE OF NOTICE TO RESIDENTS

I the undersigned, declare that at the time of service of the papers herein referred to, I was at least eighteen (18) years of age, and that I served the following notice:

☒ Notice to Pay Rent or Quit
☐ Sixty Day (60) Notice of Termination of Tenancy
☐ Other_____

On the following resident(s):

RAMANI V. SPRINIVASAN, BENNA K. SPRINIVASAN, VIKRAM SPRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM

45752 BRIDGEPORT DRIVE FREMONT CA 94539

On the 15TH _____ Day of AUGUST _____ 20 24 _____

☐ **BY DELIVERING** a copy for each of the above-named resident(s) **PERSONALLY**

**OR**

☐ **BY LEAVING** a copy for each of the above-named resident(s) with a person of suitable age and discretion at the residence or usual place of business of the resident(s), said resident(s).

**AND MAILING** by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

**OR**

☑ **BY POSTING** a copy for each of the above-named resident(s) in a conspicuous place on the property therein described there being no person of suitable age or discretion to be found at any known place of residence of said resident(s);

**AND MAILING** by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

I declare, under penalty of perjury, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed this 15TH ___ Day of AUGUST _____ 2024 ___ at SANTA CLARA _____ California.

_____
ANGELIQUE GONZALEZ
Declarant

# EXHIBIT C

# SUMMONS—EVICTION
## *(CITACIÓN JUDICIAL—DESALOJO)*

**UNLAWFUL DETAINER / FORCIBLE DETAINER / FORCIBLE ENTRY**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE / RETENCIÓN FORZOSA / ENTRADA FORZOSA)*

**NOTICE TO DEFENDANT:** RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN,
*(AVISO AL DEMANDADO):* PARTHESH BRAHMBHATT, CHRISTOPHER SHUM

DOES I through V, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MILESTONE FINANCIAL, LLC dba MERS FUND I

| | |
|---|---|
| *FOR COURT USE ONLY* *(SOLO PARA USO DE LA CORTE)* | |

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
08/28/2024
Chad Finke, Executive Officer / Clerk of the Court
By: _____ M. Sok _____ Deputy

| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. If this summons was served through the Secretary of State's Safe at Home address confidentiality program, you have 10 days from the date of service, not counting Saturdays and Sundays and other judicial holidays, to respond. | ¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. Si la presente citación se le ha sido entregado a través del programa de dirección confidencial del Secretario del Estado Seguro en Casa, tiene 10 días después de la fecha de entrega, sin contar sábado y domingo y otros días feriados del tribunal, para responder. |
|---|---|
| A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. | Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia. |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (*www.lawhelpca.org*), the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), or by contacting your local court or county bar association. | Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpca.org/es), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local. |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier monto de $10,000 ó más recibido mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso. |

1. The name and address of the court is: Superior Court of the San Leandro-Hayward
   *(El nombre y dirección de la corte es):* Judicial District, 24405 Amador Street
   Hayward, CA 94544

   **CASE NUMBER** *(número de caso):*
   **24CV089292**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   **Todd Rothbard, Attorney at Law #67351**
   **100 Saratoga Avenue, Suite 200, Santa Clara, CA 95051**
   **408-244-4200**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2024]

**SUMMONS—EVICTION**
**(Unlawful Detainer / Forcible Detainer / Forcible Entry)**

Code of Civil Procedure, §§ 412.20, 415.45, 1167
www.courts.ca.gov

| | |
|---|---|
| PLAINTIFF *(Name):* MILESTONE FINANCIAL, LLC dba MERS FUND I | CASE NUMBER: |
| DEFENDANT *(Name):* RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM | 24CV089292 |

3.  *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [X] **did not** [ ] **did** for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 4 below.)*

4.  **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

a.  Assistant's name:

b.  Telephone no.:

c.  Street address, city, and zip:

d.  County of registration:

e.  Registration no.:

f.  Registration expires on *(date):*

Chad Finke, Executive Officer / Clerk of the Court

Date: 08/28/2024
*(Fecha)*

Clerk, by _____ *M. Sok* , Deputy
*(Secretario)*           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

5.  **NOTICE TO THE PERSON SERVED:** You are served
    a. [X] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify):*
    c. [ ] as an occupant.
    d. [ ] on behalf of *(specify):*
       under [ ] CCP 416.10 (corporation).     [ ] CCP 416.60 (minor).
               [ ] CCP 416.20 (defunct corporation).     [ ] CCP 416.70 (conservatee).
               [ ] CCP 416.40 (association or partnership).     [ ] CCP 416.90 (authorized person).
               [ ] CCP 415.46 (occupant).     [ ] other *(specify):*
    e. [ ] by personal delivery on *(date):*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA

Case: 25-40628    Doc# 22    Filed: 05/07/25    Entered: 05/07/25 14:06:14    Page 15 of 43

| | |
|---|---|
| 1 | TODD ROTHBARD #67351 |
| | STEVE NAUMCHIK #208985 |
| 2 | RYAN MAYBERRY #232622 |
| | BRIAN SKARBEK #266948 |
| 3 | CHRISTINA DABIS #230784 |
| | CHRISTOPHER COOPER #347172 |
| 4 | LAW OFFICES OF TODD ROTHBARD |
| | 100 Saratoga Avenue, Suite 200 |
| 5 | Santa Clara, California 95051 |
| | Tel: (408) 244-4200 |
| 6 | Fax: (408) 244-4267 |
| | Attorneys for Plaintiff |

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
08/28/2024 at 03:51:38 PM
By: Malin Sok,
Deputy Clerk

SUPERIOR COURT – SAN LEANDRO-HAYWARD JUDICIAL DISTRICT
LIMITED CIVIL JURISDICTION
COUNTY OF ALAMEDA, STATE OF CALIFORNIA

| | |
|---|---|
| MILESTONE FINANCIAL, LLC dba MERS FUND I, | NO. 24CV089292 |
| Plaintiff, | **COMPLAINT FOR UNLAWFUL DETAINER** |
| vs. | (Action based on Code of Civil Procedure Section 1161a) |
| RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM, DOES I through V, inclusive | *Total damages sought are UNDER $10,000.00 |
| Defendants | |

Plaintiff alleges:

I

All transactions herein relevant took place in Alameda County.

II

At all times herein mentioned, plaintiff was, and now is a limited liability company licensed to do business in the State of California and doing business in the above-entitled County and Judicial District.

III

The real property owned by plaintiff, possession of which is sought in this action, is situated at 45752 Bridgeport Drive, Fremont, Alameda County, California 94539 in the above-named County and Judicial District.

IV

The true names of defendants named herein as DOES I through V, inclusive, are unknown to plaintiff who therefore sues said defendants by said fictitious names and prays leave to amend this complaint to show the true names as they become known.

V

On June 3, 2020, plaintiff acquired title to said premises following a trustee's sale pursuant to foreclosure upon a deed of trust, pursuant to the provisions of Civil Code Section 2924. A copy of the Trustee's Deed Upon Sale is attached hereto, marked "EXHIBIT A," incorporated by reference herein and made part hereof. Title was duly perfected thereunder on June 5, 2020.

VI

Defendants RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN who were the trustors pursuant to the deed of trust, remained in possession of said premises following the sale of said premises to plaintiff.

VII

On August 15, 2024, plaintiff caused to be served upon defendants a written notice requiring them to quit and deliver up possession of said premises within three days of the date of service of said notice upon them. A copy of said notice is attached hereto, marked "Exhibit B," incorporated by reference herein and made a part hereof.

VIII

More than three days have elapsed since the date of service of said notice upon defendants, but defendants remain in possession of said premises and have refused to vacate. By virtue of the provisions of Code of Civil Procedure section 1161a, there is an unlawful detainer of said premises and plaintiff is entitled to possession thereof.

COMPLAINT FOR UNLAWFUL DETAINER

- 2

# VIII

The reasonable rental value of said premises is the sum of $215.00 per day, and damages for the unlawful detainer of said premises will accrue at said rate from August 20, 2024 and will continue to accrue at said rate until such time as defendants vacate said premises.

WHEREFORE: plaintiff prays judgment as follows:

1. For restitution of possession of said premises and forfeiture of the lease.

2. For damages at the rate of $215.00 per day from August 20, 2024, through the date of restitution of possession or the date of judgment herein, whichever comes first.

3. For costs herein, and for such other and further relief as to the Court may seem just and proper.

DATED:   August 20, 2024

*Ryan Mayberry*

RYAN MAYBERRY
LAW OFFICES OF TODD ROTHBARD
Attorney for Plaintiff

COMPLAINT FOR UNLAWFUL DETAINER

- 3 -

1    VERIFICATION

2         I, WILLIAM STUART, hereby declare:

3         I am the authorized agent for the plaintiff in the above-entitled action, and as

4    such make this VERIFICATION for and on behalf of said plaintiff.

5         I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and

6    know the contents thereof, and, based on information and belief, I believe said

7    contents to be true and correct.

8         I declare, under penalty of perjury, that the foregoing is true and correct, and

9    that this VERIFICATION is executed on August 20, 2024 at Los Altos, Santa Clara

10   County, California.

11

12

13

14                              _____
                                WILLIAM STUART
15                              Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR UNLAWFUL DETAINER

- 4

## LAW OFFICE OF TODD B. ROTHBARD

100 Saratoga Avenue, Suite 200
Santa Clara California 95051

**TODD B. ROTHBARD**
**STEVE NAUMCHIK**
**RYAN MAYBERRY**
**BRIAN SKARBEK**
**CHRISTINA DABIS**
**CHRISTOPHER COOPER**

Phone: (408) 244-4200
Fax: (408) 244-4267

### THREE DAY NOTICE TO QUIT
(C.C.P. Section 1161a)

TO: RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM, and all others in possession:

**WITHIN THREE DAYS** after service upon you of this Notice, you are required to quit and deliver up possession of the hereinafter described premises to the below named owner(s) of said premises.

**SAID PREMISES** are described as follows:

45752 Bridgeport Drive

Fremont, California 94539

**THE PREMISES** which you are occupying have been foreclosed upon and title has been transferred to and duly perfected by the below named owner(s) and you are therefore required, pursuant to the provisions of California Code of Civil Procedure Section 1161a, to vacate said premises.

**YOUR FAILURE** to comply with this NOTICE will result in the immediate institution of legal proceedings against you to recover possess ion of said premises, damages for unlawful detainer, and court costs. Should you fail to comply with this NOTICE, an unlawful detainer action will be commenced against you pursuant to the provisions of California Code of Civil Procedure Section 1161a, and the above relief will be sought.

Dated: August 15, 2024

By: *Ryan Mayberry*
RYAN MAYBERRY
LAW OFFICES OF TODD ROTHBARD
Attorney for Owner, MILESTONE FINANCIAL, LLC dba MERS FUND I

Attachment 1: Trustees Deed/ Deed of Sale

Notice to Any Renters Living At the above-described address

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it. You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help
If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

# DECLARATION OF SERVICE OF NOTICE TO RESIDENTS

I the undersigned, declare that at the time of service of the papers herein referred to, I was at least eighteen (18) years of age, and that I served the following notice:

☒ Notice to Pay Rent or Quit
☐ Sixty Day (60) Notice of Termination of Tenancy
☐ Other_____

On the following resident(s):

RAMANI V. SPINIVASAN, BENNA K. SPRINIVASAN, VIKRAM SPINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM

45752 BRIDGEPORT DRIVE FREMONT CA 94539

On the __15TH__ Day of __AUGUST__ 20 __24__

☐ **BY DELIVERING** a copy for each of the above-named resident(s) **PERSONALLY**

**OR**

☐ **BY LEAVING** a copy for each of the above-named resident(s) with a person of suitable age and discretion at the residence or usual place of business of the resident(s), said resident(s).

**AND MAILING** by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

**OR**

☒ **BY POSTING** a copy for each of the above-named resident(s) in a conspicuous place on the property therein described there being no person of suitable age or discretion to be found at any known place of residence of said resident(s);

**AND MAILING** by first class mail on said date a copy to each resident by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named resident(s) at their place of residence.

I declare, under penalty of perjury, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed this __15TH__ Day of __AUGUST__ 20 __24__ at __SANTA CLARA__ California.

ANGELIQUE GONZALEZ
Declarant

Recording Requested
by: M.L.S.
WHEN RECORDED MAIL TO

MERS FUND I
c/o Milestone Financial, LLC
4970 El Camino Real, Suite 230
Los Altos, CA 94022

MAIL TAX STATEMENTS TO

Same as above

2020129862     06/05/2020 11:15 AM     2 PGS
OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $102.00

**ELECTRONICALLY RECORDED**

Space above this line for recorder's use only

Trustee Sale No. 130758-5     Loan No. 11750002155400     Title Order No. 95312449

## TRUSTEE'S DEED UPON SALE

APN 519-1683-048-00     T.R.A. No.
The undersigned grantor declares:

1)  The Grantee herein <u>was</u> the foreclosing beneficiary.
2)  The amount of the unpaid debt together with costs was.................$1,401,120.89
3)  The amount paid by the grantee at the trustee sale was.................$1,199,000.00
4)  The documentary transfer tax is.................................................:...$0.00
5)  Said property is in City of Fremont

and **MORTGAGE LENDER SERVICES, INC.** (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to **MERS FUND I** (herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Alameda, State of California, described as follows: LOT 79, TRACT 3901, IN THE CITY OF FREMONT, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, FILED MARCH 19, 1981, MAP BOOK 126, PAGE 51, ALAMEDA COUNTY RECORDS.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 12/06/2018 and executed by RAMANI V. SRINIVASAN AND BENNA K. SRINIVASAN, as Trustor, and recorded on 12/11/2018 as Document No. 2018234430 of official records of Alameda County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices of the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

EXHIBIT
A

Trustee Sale No. 130758-5
Loan No. 11750002155400
Title Order No. 95312449
APN 519-1683-048-00

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 06/03/2020. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $1,199,000.00 in lawful money of the United States, or by credit bid of the Grantee was the beneficiary of said Deed of Trust at the time of said Trustee's Sale.

Date: June 3, 2020

MORTGAGE LENDER SERVICES, INC.

_Marsha Townsend_

Marsha Townsend, Chief Financial Officer

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Sacramento

On 6·3·2020 before me, Tara S. Campbell, Notary Public, personally appeared Marsha Townsend who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Tara S. Campbell_

TARA S. CAMPBELL
COMM. # 2154718
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
My Comm. Exp. June 21, 2020

2

EXHIBIT
B

| ATTORNEY OR PARTY WITHOUT ATTORNEY     STATE BAR NUMBER: 67351 | FOR COURT USE ONLY |
|---|---|
| NAME: TODD B. ROTHBARD <br> FIRM NAME: LAW OFFICE OF TODD ROTHBARD <br> STREET ADDRESS: 100 SARATOGA AVENUE, SUITE 200 <br> CITY: SANTA CLARA    STATE: CA    ZIP CODE: 95051 <br> TELEPHONE NO.: 408.244.4200    FAX NO.: 408.244.4267 <br> EMAIL ADDRESS: office@toddrothbardlaw.com <br> ATTORNEY FOR (name): PLAINTIFF | **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of Alameda <br> 08/28/2024 at 03:51:38 PM <br> By: Malin Sok, <br> Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda <br> STREET ADDRESS: 24405 Amador Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Hayward, CA 94544 <br> BRANCH NAME: San Leandro - Hayward Judicial District | |
| PLAINTIFF: MILESTONE FINANCIAL, LLC dba MERS FUND I <br> DEFENDANT: RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM | |
| **PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER** | CASE NUMBER: <br> **24CV089292** |

*All plaintiffs in unlawful detainer proceedings must file and serve this form. Filing this form complies with the requirement in Code of Civil Procedure section 1179.01.5(c).*
- *Serve this form and any attachments to it with the summons.*
- *If a summons has already been served without this form, then serve it by mail or any other means of service authorized by law.*
- *If defendant has answered prior to service of this form, there is no requirement for defendant to respond to the supplemental allegations before trial.*

*To obtain a judgment in an unlawful detainer action for nonpayment of rent on a residential property, a plaintiff must verify that no rental assistance or other financial compensation has been received for the amount demanded in the notice or accruing afterward, and that no application is pending for such assistance. To obtain a default judgment, plaintiff must use Verification by Landlord Regarding Rental Assistance—Unlawful Detainer (form UD-120) to make this verification and provide other information required by statute.*

1. PLAINTIFF (name each):
   MILESTONE FINANCIAL, LLC dba MERS FUND I

   alleges causes of action in the complaint filed in this action against DEFENDANT (name each):
   RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM

2. **Statutory cover sheet allegations (Code Civ. Proc., § 1179.01.5(c))**
   a. This action seeks possession of real property that is (check all that apply)   [X] residential    [ ] commercial.
      *(If "residential" is checked, complete all remaining items that apply to this action. If only "commercial" is checked, no further items need to be completed except the signature and verification on page 2.)*
   b. This action is based, in whole or in part, on an alleged default in payment of rent or other charges. [ ] Yes   [X] No

3. [ ] **Statements regarding rental assistance** (Required in all actions based on nonpayment of rent or any other financial obligation. Plaintiff must answer all the questions in this item and, if later seeking a default judgment, will also need to file Verification Regarding Rental Assistance—Unlawful Detainer (form UD-120).)
   a. Has plaintiff received rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes   [ ] No
   b. Has plaintiff received rental assistance or other financial compensation from any other source for rent accruing *after* the date of the notice underlying the complaint? [ ] Yes   [ ] No
   c. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source corresponding to the amount demanded in the notice underlying the complaint? [ ] Yes   [ ] No
   d. Does plaintiff have any pending application for rental assistance or other financial compensation from any other source for rent accruing *after* the date on the notice underlying the complaint? [ ] Yes   [ ] No

Form Adopted for Mandatory Use <br> Judicial Council of California <br> UD-101 [Rev. January 1, 2024]    **PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**    Code of Civil Procedure, § 1179.01 et seq. <br> Health and Safety Code, § 50897.3(c) <br> www.courts.ca.gov

Case: 25-40628    Doc# 22    Filed: 05/07/25    Entered: 05/07/25 14:06:14    Page 25 of 43

| PLAINTIFF: MILESTONE FINANCIAL, LLC dba MERS FUND I | CASE NUMBER: |
|---|---|
| DEFENDANT: RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, VIKRAM SRINIVASAN, PARTHESH BRAHMBHATT, CHRISTOPHER SHUM | 24CV089292 |

4. ☐ **Other allegations** Plaintiff makes the following additional allegations: *(State any additional allegations below, with each allegation lettered in order, starting with (a), (b), (c), etc. If there is not enough space below, check the box below and use form MC-025, title it Attachment 4, and letter each allegation in order.)* ☐ Other allegations are on form MC-025.

5. ☐ Number of pages attached *(specify):*

Date: AUGUST 28, 2024

RYAN MAYBERRY
_____
(TYPE OR PRINT NAME)

▶ *Ryan Mayberry*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE)

**PLAINTIFF'S MANDATORY COVER SHEET AND
SUPPLEMENTAL ALLEGATIONS—UNLAWFUL DETAINER**

Case: 25-40628   Doc# 22   Filed: 05/07/25   Entered: 05/07/25 14:06:14   Page 27 of 43

VERIFICATION

I, WILLIAM STUART, hereby declare:

I am the authorized agent for the plaintiff in the above-entitled action, and as such make this VERIFICATION for and on behalf of said plaintiff.

I have read the foregoing PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS-UNLAWFUL DETAINER and know the contents thereof, and, based on information and belief, I believe said contents to be true and correct.

I declare, under penalty of perjury, that the foregoing is true and correct, and that this VERIFICATION is executed August 28, 2024, at Los Altos, Santa Clara County, California.


WILLIAM STUART
Agent for Plaintiff

Hayward Hall of Justice
24405 Amador Street, Hayward, CA 94544

CASE NUMBER: 24CV089292
Date Filed: 08/28/2024

## NOTICE OF UNLAWFUL DETAINER
## (EVICTION)

**FILED**
Superior Court of California
County of Alameda

**08/29/2024**

Chad Finke , Executive Officer / Clerk of the Court

By: _____ Deputy

M. Sok

PARTHESH BRAHMBHATT

45752 Bridgeport Drive
Fremont, CA  94539

MILESTONE FINANCIAL, LLC DBA MERS FUND I vs SRINIVASAN, et al.

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant.  It is important for you to take immediate action.  **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,
2) An attorney for one of the parties,
3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county.  To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association      (510) 302-2222
- Bay Area Legal Aid                  (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza             (510) 437-1554
- East Bay Community Law Center       (510) 548-4040
- Eviction Defense Center             (510) 452-4541

---

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland_____, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: 08/29/2024

By:

M. Sok, Deputy Clerk

## NOTICE OF UNLAWFUL DETAINER (EVICTION)

ACSC (Rev. 04/22)

Code Civ. Proc.
§§ 1161.2, 1161.2(c)

# NOTICE OF UNLAWFUL DETAINER (EVICTION)

**FILED**
Superior Court of California
County of Alameda

08/29/2024

Chad Finke, Executive Officer / Clerk of the Court

By: _____ Deputy

M. Sok

BENNA K SRINIVASAN

45752 Bridgeport Drive
Fremont, CA 94539

### MILESTONE FINANCIAL, LLC DBA MERS FUND I vs SRINIVASAN, et al.

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,
2) An attorney for one of the parties,
3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association      (510) 302-2222
- Bay Area Legal Aid      (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza      (510) 437-1554
- East Bay Community Law Center      (510) 548-4040
- Eviction Defense Center      (510) 452-4541

---

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in ____Oakland____, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: 08/29/2024

By:

M. Sok, Deputy Clerk

**NOTICE OF UNLAWFUL DETAINER (EVICTION)**

Code Civ. Proc.
§§ 1161.2, 1161.2(c)

CASE NUMBER: 24CV089292
Date Filed: 08/28/2024

## NOTICE OF UNLAWFUL DETAINER
## (EVICTION)

**FILED**
Superior Court of California
County of Alameda

**08/29/2024**

Chad Finke, Executive Officer/Clerk of the Court

By: _____ Deputy

M. Sok

VIKRAM SRINIVASAN

45752 Bridgeport Drive
Fremont, CA 94539

### MILESTONE FINANCIAL, LLC DBA MERS FUND I vs SRINIVASAN, et al.

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,
2) An attorney for one of the parties,
3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association — (510) 302-2222
- Bay Area Legal Aid — (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza — (510) 437-1554
- East Bay Community Law Center — (510) 548-4040
- Eviction Defense Center — (510) 452-4541

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland , California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: 08/29/2024

By:

M. Sok, Deputy Clerk

ACSC (Rev. 04/22)

**NOTICE OF UNLAWFUL DETAINER (EVICTION)**

Code Civ. Proc.
§§ 1161.2, 1161.2(c)

# NOTICE OF UNLAWFUL DETAINER (EVICTION)

**FILED**
Superior Court of California
County of Alameda

08/29/2024

Chad Finke, Executive Officer / Clerk of the Court

By: _____ Deputy

M. Sok

ALL OCCUPANTS

45752 Bridgeport Drive
Fremont, CA 94539

### MILESTONE FINANCIAL, LLC DBA MERS FUND I vs SRINIVASAN, et al.

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,
2) An attorney for one of the parties,
3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association      (510) 302-2222
- Bay Area Legal Aid      (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza      (510) 437-1554
- East Bay Community Law Center      (510) 548-4040
- Eviction Defense Center      (510) 452-4541

---

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland , California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: 08/29/2024

By:

M. Sok, Deputy Clerk

# NOTICE OF UNLAWFUL DETAINER (EVICTION)

**FILED**
Superior Court of California
County of Alameda

**08/29/2024**

Chad Finke , Executive Officer / Clerk of the Court

By: _____ Deputy

M. Sok

RAMANI v SRINIVASAN

45752 Bridgeport Drive
Fremont, CA  94539

## MILESTONE FINANCIAL, LLC DBA MERS FUND I vs SRINIVASAN, et al.

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant.  It is important for you to take immediate action.  **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,
2) An attorney for one of the parties,
3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county.  To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association    (510) 302-2222
- Bay Area Legal Aid    (510) 663-4744 or Toll Free: 1-877-346-4529
- Centro Legal de la Raza    (510) 437-1554
- East Bay Community Law Center    (510) 548-4040
- Eviction Defense Center    (510) 452-4541

---

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland_____, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: 08/29/2024

By:

M. Sok, Deputy Clerk

ACSC (Rev. 04/22)

**NOTICE OF UNLAWFUL DETAINER (EVICTION)**

Code Civ. Proc.
§§ 1161.2, 1161.2(c)

# NOTICE OF UNLAWFUL DETAINER (EVICTION)

**FILED**
Superior Court of California
County of Alameda

08/29/2024

Chad Finke, Executive Officer / Clerk of the Court

By: _____ Deputy

M. Sok

CHRISTOPHER SHUM

45752 Bridgeport Drive
Fremont, CA 94539

### MILESTONE FINANCIAL, LLC DBA MERS FUND I vs SRINIVASAN, et al.

An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO RESPOND TO THE COMPLAINT.**

Pursuant to Code of Civil Procedure section 1161.2, the case file may only be reviewed by the following persons:

1) Any party listed in the action,
2) An attorney for one of the parties,
3) Any other person who provides the clerk the following: (a) Name of at least one plaintiff and one defendant in the action and the address, including any applicable apartment, unit, or space number of the subject premises, (b) The name of one of the parties in the action or the case number and can establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex parte order upon a showing of good cause.

The State Bar of California certifies lawyer referral service in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

The following organizations, among others, may be contacted for legal advice:

- Alameda County Bar Association (510) 302-2222
- Bay Area Legal Aid (510) 663-4744 or Toll Free: 1-877-346-5446
- Centro Legal de la Raza (510) 437-1554
- East Bay Community Law Center (510) 548-4040
- Eviction Defense Center (510) 452-4541

---

### CERTIFICATE OF MAILING

I, the below-named Executive Officer / Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer (Eviction) upon each party or counsel named below and to "All Occupants" at the subject premises by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in __Oakland__, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Chad Finke, Executive Officer / Clerk of the Court

Date: __08/29/2024__

By:

M. Sok, Deputy Clerk

ACSC (Rev. 04/22)    **NOTICE OF UNLAWFUL DETAINER (EVICTION)**    Code Civ. Proc. §§ 1161.2, 1161.2(c)

# EXHIBIT D

TODD ROTHBARD #67351
STEVE NAUMCHIK #208985
RYAN MAYBERRY #232622
BRIAN SKARBEK #266948
CHRISTINA DABIS #230784
CHRISTOPHER COOPER #347172
LAW OFFICE OF TODD ROTHBARD
100 Saratoga Avenue, Suite 200
Santa Clara, CA  95051
Tel: (408) 244-4200
Fax: (408) 244-4267
Attorneys for Plaintiff

**ELECTRONICALLY FILED**
Superior Court of California
County of Alameda
02/18/2025
Chad Finke, Executive Officer / Clerk of the Court
By: _____A. Castaneda_____ Deputy

SUPERIOR COURT – LIMITED CIVIL JURISDICTION
COUNTY OF ALAMEDA, STATE OF CALIFORNIA

MILESTONE FINANCIAL, LLC dba MERS FUND I,

                                        Plaintiff,

                vs.

RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, BEENA SRINIVASAN, VIKRAM SRINIVASAN, PARTESH BRAHMBHATT, CHRISTOPHER SHUM, DOES I through V, inclusive,

                                        Defendants.

NO.  24CV089292

**NOTICE OF ENTRY OF ORDER DENYING MOTION TO QUASH SERVICE**

        TO:   RAMANI   V.   SRINIVASAN,   BENNA   K.   SRINIVASAN,   BEENA
SRINIVASAN, VIKRAM SRINIVASAN, PARTESH BRAHMBHATT, CHRISTOPHER
SHUM

        PLEASE TAKE NOTICE that the attached Order Denying Motion to Quash was

entered by the above-captioned Court on February 18, 2025.

Dated: February 18, 2025

*Ryan Mayberry*
_____
RYAN MAYBERRY
LAW OFFICES OF TODD ROTHBARD
Attorney for Plaintiff

1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

| | |
|---|---|
| MILESTONE FINANCIAL, LLC dba MERS FUND I<br>Plaintiff/Petitioner(s)<br>vs.<br>RAMANI v SRINIVASAN et al<br>Defendant/Respondent (s) | No.    24CV089292<br><br>Date:  02/18/2025<br>Time:  2:30 PM<br>Dept:  16<br>Judge:  Victoria Kolakowski |

ORDER re: Hearing on Motion to Quash Service of Summons filed by RAMANI v SRINIVASAN (Defendant); Hearing on Motion to Quash Service of Summons filed by PARTHESH BRAHMBHATT (Defendant); Hearing on Motion to Quash Service of Summons filed by Beena Srinivasan (Defendant); Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Case Management Conference filed by RAMANI v

---

ORDER re: Hearing on Motion to Quash Service of Summons filed by RAMANI v SRINIVASAN (Defendant); Hearing on Motion to Quash Service of Summons filed by PARTHESH BRAHMBHATT (Defendant); Hearing on Motion to Quash Service of Summons filed by Beena Srinivasan (Defendant); Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Case Management Conference filed by RAMANI v SRINIVASAN (Defendant) on 01/14/2025

Case: 25-40628   Doc# 22   Filed: 05/07/25   Entered: 05/07/25 14:06:14   Page 36 of 43

SRINIVASAN (Defendant)

on 01/14/2025

The Motion to Quash Service of Summons filed by RAMANI v SRINIVASAN on 01/14/2025 is Denied.

## I. Background

In August 2024, Plaintiff Milestone Financial, LLC (doing business as MERS Fund I) claims that the former owners, Defendants, remained in possession of a real property located in Fremont, California after serving a notice to quit. (Compl. ¶¶ III, V–VII, Ex. A, Aug. 28, 2024.) In August 2024, Milestone Financial filed a complaint against Ramani Srinivasan, and four others, asserting a single cause of action for unlawful detainer. (Compl.)

On September 7, 2024, Milestone Financial substitute served Ramani Srinivasan with a copy of the summons and complaint, among other documents, via personal service upon Vikram Srinivasan by a registered process server. (Proof Serv., Sept. 26, 2024.)

In January 2025, Ramani Srinivasan moved to quash service of the summons. (Mot., Jan. 14, 2025.) Ramani Srinivasan disputed that he was served with the summons and complaint. (*See generally id.*) Milestone Financial opposed. (Opp'n Mem., Jan. 29, 2025.)

## II. Discussion

The Court is persuaded that it is more likely than not that Ramani Srinivasan was adequately served with a copy of the summons and complaint on September 7, 2025.

## III. Orders

The Motion is **DENIED**.

**Ramani Srinivasan** must file a responsive pleading to the complaint no later than **10 days** after Milestone Financial serves notice of entry of this order.

The Motion to Quash Service of Summons filed by PARTHESH BRAHMBHATT on 01/14/2025 is Denied.

---

ORDER re: Hearing on Motion to Quash Service of Summons filed by
RAMANI v SRINIVASAN (Defendant); Hearing on Motion to
Quash Service of Summons filed by PARTHESH
BRAHMBHATT (Defendant); Hearing on Motion to Quash
Service of Summons filed by Beena Srinivasan (Defendant);       Page 2 of 7
Hearing on Motion to Quash Service of Summons; Hearing
on Motion to Quash Service of Summons; Case
Management Conference filed by RAMANI v SRINIVASAN
(Defendant) on 01/14/2025

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

## I. Background

In August 2024, Plaintiff Milestone Financial, LLC (doing business as MERS Fund I) claims that the former owners, Defendants, remained in possession of a real property located in Fremont, California after serving a notice to quit. (Compl. ¶¶ III, V–VII, Ex. A, Aug. 28, 2024.) In August 2024, Milestone Financial filed a complaint against Partresh Brahmbhatt, and four others, asserting a single cause of action for unlawful detainer. (Compl.)

On September 7, 2024, Milestone Financial substitute served Partresh Brahmbhatt with a copy of the summons and complaint, among other documents, via personal service upon Vikram Srinivasan by a registered process server. (Proof Serv., Sept. 26, 2024.)

In January 2025, Partresh Brahmbhatt moved to quash service of the summons. (Mot., Jan. 14, 2025.) Partresh Brahmbhatt disputed that he was served with the summons and complaint. (*See generally id.*) Milestone Financial opposed. (Opp'n Mem., Jan. 29, 2025.)

## II. Discussion

The Court is persuaded that it is more likely than not that Partresh Brahmbhatt was adequately served with a copy of the summons and complaint on September 7, 2025.

## III. Orders

The Motion is **DENIED**.

**Partresh Brahmbhatt** must file a responsive pleading to the complaint no later than **10 days** after Milestone Financial serves notice of entry of this order.

The Motion to Quash Service of Summons filed by Beena Srinivasan on 10/24/2024 is Denied.

## I. Background

In August 2024, Plaintiff Milestone Financial, LLC (doing business as MERS Fund I) claims that the former owners, Defendants, remained in possession of a real property located in Fremont, California after serving a notice to quit. (Compl. ¶¶ III, V–VII, Ex. A, Aug. 28, 2024.) In August 2024, Milestone Financial filed a complaint against Beena Srinivasan, and four others, asserting a single cause of action for unlawful detainer. (Compl.)

On September 5, 2024, Milestone Financial personally served Beena Srinivasan with a copy of the summons and complaint, among other documents, via registered process server. (Proof Serv.,

---

ORDER re: Hearing on Motion to Quash Service of Summons filed by RAMANI v SRINIVASAN (Defendant); Hearing on Motion to Quash Service of Summons filed by PARTHESH BRAHMBHATT (Defendant); Hearing on Motion to Quash Service of Summons filed by Beena Srinivasan (Defendant); Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Case Management Conference filed by RAMANI v SRINIVASAN (Defendant) on 01/14/2025

Page 3 of 7

Sept. 26, 2024.)

In October 2024, Beena Srinivasan filed a prejudgment claim of right to possession (*see* Claim, Oct. 10, 2024) and a peremptory challenge to this judicial officer (*see* Challenge, Oct. 21, 2024). Beena Srinivasan then moved to quash service of the summons. (Mot., Oct. 24, 2024.) Beena Srinivasan disputed that he was personally served with the summons and complaint, asserting that he was not home at the evening of September 5, 2024. (*See generally* Mem. Supp. Mot., Oct. 24, 2024; *see also* Srinivasan Decl. ¶ 13, Oct. 24, 2024 ("It was not 6:04 p.m. but past 7PM [*sic*] and I was not home nor was my mother. We were in San Jose having dinner at this time and have receipt from 6:17 p.m.").) Milestone Financial opposed. (Opp'n Mem., Jan. 29, 2025.)

## II. Discussion

The Court is persuaded that it is more likely than not that Beena Srinivasan was adequately served with a copy of the summons and complaint on September 5, 2025.

## III. Orders

The Motion is **DENIED**.

**Beena Srinivasan** must file a responsive pleading to the complaint no later than **10 days** after Milestone Financial serves notice of entry of this order.

The Motion to Quash Service of Summons filed by CHRISTOPHER SHUM on 01/14/2025 is Denied.

## I. Background

In August 2024, Plaintiff Milestone Financial, LLC (doing business as MERS Fund I) claims that the former owners, Defendants, remained in possession of a real property located in Fremont, California after serving a notice to quit. (Compl. ¶¶ III, V–VII, Ex. A, Aug. 28, 2024.) In August 2024, Milestone Financial filed a complaint against Christopher Shum, and four others, asserting a single cause of action for unlawful detainer. (Compl.)

On September 7, 2024, Milestone Financial substitute served Christopher Shum with a copy of the summons and complaint, among other documents, via personal service upon Vikram Srinivasan by a registered process server. (Proof Serv., Sept. 26, 2024.)

In January 2025, Christopher Shum moved to quash service of the summons. (Mot., Jan. 14,

---

ORDER re: Hearing on Motion to Quash Service of Summons filed by
      RAMANI v SRINIVASAN (Defendant); Hearing on Motion to
      Quash Service of Summons filed by PARTHESH
      BRAHMBHATT (Defendant); Hearing on Motion to Quash
      Service of Summons filed by Beena Srinivasan (Defendant);        Page 4 of 7
      Hearing on Motion to Quash Service of Summons; Hearing
      on Motion to Quash Service of Summons; Case
      Management Conference filed by RAMANI v SRINIVASAN
      (Defendant) on 01/14/2025

2025.) Christopher Shum disputed that he was served with the summons and complaint. (*See generally id.*) Milestone Financial opposed. (Opp'n Mem., Jan. 29, 2025.)

## II. Discussion

The Court is persuaded that it is more likely than not that Christopher Shum was adequately served with a copy of the summons and complaint on September 7, 2025.

## III. Orders

The Motion is **DENIED**.

**Christopher Shum** must file a responsive pleading to the complaint no later than **10 days** after Milestone Financial serves notice of entry of this order.

The Motion to Quash Service of Summons filed by VIKRAM SRINIVASAN on 10/04/2024 is Denied.

## I. Background

In August 2024, Plaintiff Milestone Financial, LLC (doing business as MERS Fund I) claims that the former owners, Defendants, remained in possession of a real property located in Fremont, California after serving a notice to quit. (Compl. ¶¶ III, V–VII, Ex. A, Aug. 28, 2024.) In August 2024, Milestone Financial filed a complaint against Vikram Srinivasan, and four others, asserting a single cause of action for unlawful detainer. (Compl.)

On September 5, 2024, Milestone Financial personally served Vikram Srinivasan with a copy of the summons and complaint, among other documents, via registered process server. (Proof Serv., Sept. 26, 2024.)

In October 2024, after filing peremptory challenges to Judges Sanford-Smith and Weathers (*see* Challenge, Sept. 9, 2024; Challenge, Sept. 11, 2024; Challenge, Sept. 18, 2024), Vikram Srinivasan moved to quash service of the summons. (Mot., Oct. 4, 2024.) Vikram Srinivasan disputed that he was personally served with the summons and complaint, asserting that he was not home at the evening of September 5, 2024. (*See generally* Mem. Supp. Mot., Oct. 4, 2024; *see also* Srinivasan Decl. ¶ 13, Oct. 4, 2024 ("It was not 6:04 p.m. but past 7PM [*sic*] and I was not home nor was my mother. We were in San Jose having dinner at this time and have receipt from 6:17 p.m.").) Milestone Financial opposed. (Opp'n Mem., Jan. 29, 2025.)

---

ORDER re: Hearing on Motion to Quash Service of Summons filed by RAMANI v SRINIVASAN (Defendant); Hearing on Motion to Quash Service of Summons filed by PARTHESH BRAHMBHATT (Defendant); Hearing on Motion to Quash Service of Summons filed by Beena Srinivasan (Defendant); Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Case Management Conference filed by RAMANI v SRINIVASAN (Defendant) on 01/14/2025

Page 5 of 7

Case: 25-40628    Doc# 22    Filed: 05/07/25    Entered: 05/07/25 14:06:14    Page 40 of 43

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

## II. Discussion

The Court is persuaded that it is more likely than not that Vikram Srinivasan was adequately served with a copy of the summons and complaint on September 5, 2025.

## III. Orders

The Motion is **DENIED**.

**Vikram Srinivasan** must file a responsive pleading to the complaint no later than **10 days** after Milestone Financial serves notice of entry of this order.

Ryan Mayberry (Attorney) representing MILESTONE FINANCIAL, LLC dba MERS FUND I (Plaintiff) must forthwith serve a copy of this order on all counsel of record and self-represented parties, and file proof of service.

Dated :  02/18/2025

*Victoria S Kolakowski*

**Victoria Kolakowski / Judge**

---

ORDER re: Hearing on Motion to Quash Service of Summons filed by RAMANI v SRINIVASAN (Defendant); Hearing on Motion to Quash Service of Summons filed by PARTHESH BRAHMBHATT (Defendant); Hearing on Motion to Quash Service of Summons filed by Beena Srinivasan (Defendant); Hearing on Motion to Quash Service of Summons; Hearing on Motion to Quash Service of Summons; Case Management Conference filed by RAMANI v SRINIVASAN (Defendant) on 01/14/2025

Page 6 of 7

ORDER re: Hearing on Motion to Quash Service of Summons filed by
RAMANI v SRINIVASAN (Defendant); Hearing on Motion to
Quash Service of Summons filed by PARTHESH
BRAHMBHATT (Defendant); Hearing on Motion to Quash
Service of Summons filed by Beena Srinivasan (Defendant);
Hearing on Motion to Quash Service of Summons; Hearing
on Motion to Quash Service of Summons; Case
Management Conference filed by RAMANI v SRINIVASAN
(Defendant) on 01/14/2025

Page 7 of 7

## PROOF OF SERVICE BY MAIL

I, SOPHIA ROGERS, hereby declare:

I am over the age of eighteen and not a party to the above-entitled action.

I am a resident of Santa Clara County and the State of California.

On February 18, 2025, I served the within notice of entry of ORDER DENYING MOTION TO QUASH SERVICE on the defendant by Federal Express Standard Overnight, true copies thereof to:

RAMANI V. SRINIVASAN, BENNA K. SRINIVASAN, BEENA SRINIVASAN, VIKRAM SRINIVASAN, PARTESH BRAHMBHATT, CHRISTOPHER SHUM
45752 Bridgeport Drive,
Fremont, Alameda 94539

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on February 18, 2025, at Santa Clara, Santa Clara County, California.

*Sophia Rogers*
_____
SOPHIA ROGERS
Declarant